IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| EXXON MOBIL CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>BNSF RAILWAY COMPANY, et al.,<br><br>Defendants. | CV 25–151–BLG–DWM<br><br><br><br>ORDER |

Plaintiff Exxon Mobile Corporation having voluntarily dismissed Defendant Montana Department of Transportation from this action, *see* Fed. R. Civ. P. 41(a)(1), (Doc. 61),

IT IS ORDERED that Defendant Montana Department of Transportation's motion to dismiss (Doc. 24) is DENIED as MOOT.

DATED this 6 day of May, 2026.

_____
Donald W. Molloy, District Judge
United States District Court